## STATEMENT OF FACTS

On Wednesday, August 14, 2019, at approximately 2035 hours, members of the Metropolitan Police Department (MPD), Narcotics and Special Investigation Division (NSID), Gun Recovery Unit (GRU) drove into the 200 block of W Street Northwest in Washington, D.C., when they observed group of individuals on the north sidewalk.

As they approached the group, officers observed a black male wearing all black (Defendant Shelton) immediately distance himself from the group and crossed the street. As officers began to approach Defendant Shelton, he began to run. Defendant Shelton's right hand immediately dropped to his front waistband area when he began to run and he continued to clutch his waistband while running.

Defendant Shelton entered 242 W Street Northwest in Washington, D.C. and ran up the stairs to the door of apartment 32. Defendant Shelton forced the door to the apartment open. Once inside, Defendant Shelton grabbed a witness, closed the door and locked it behind him. Defendant Shelton grabbed the witness to prevent her from opening the door to allow officers to enter. Officers were able to gain entry to the apartment by force and detained Defendant Shelton in the hallway of the apartment. Officer Jacobs observed a receiver to a Glock handgun on the floor of the back, right bedroom in plain view while securing the apartment.

A witness inside of the apartment stated he/she did not know Defendant Shelton. The witness stated that Defendant Shelton entered the apartment without consent and a handgun was seen in Defendant Shelton's hand upon his entry. The witness stated that Defendant Shelton disassembled the firearm in the apartment. The witness gave officers consent to search the apartment. During the search, the slide to a Glock was located in the living room inside of a package of diapers. One (1) round of .9 millimeter ammunition was found on the floor of the back, right bedroom. Defendant Shelton was placed under arrest.

The firearm was determined to be a black in color, Glock, .9 millimeter, model 17, with a serial number of PML105. Both the receiver and the slide had the serial number of PML105. The firearm was unloaded. The firearm was able to be fully reassembled.

A WALES/NCIC check of Defendant Shelton revealed he did not have a license to possess a firearm in the District of Columbia. Defendant Shelton has previously be convicted of a crime punishable by imprisonment for a term exceeding one year. A criminal history check of Defendant Shelton through the National Crime Information Center confirmed that the defendant had two prior felony convictions in the Superior Court of the District of Columbia, Criminal Case No. 2013 CF2 021558 for Prison Breach, and Criminal Case No. 2011 CF2 010868 for Carrying a Pistol without a License. Before filing this complaint, the officer reviewed at least one computer printout of the defendant's criminal history and it showed that the defendant had been convicted of such crimes. There are no firearms manufactured in the District of Columbia.

_____
OFFICER EDDIE CHOI
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF AUGUST, 2019.

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE